**David A. SMITH, Plaintiff—Appellant,**

v.

**MAGIC VALLEY REGIONAL MEDICAL CENTER, a political subdivision of Twin Falls County, Idaho; County of Twin Falls, a governmental entity;**

**Canyon View Psychiatric and Addiction Services of Mvrmc, a political subdivision of Twin Falls County, Idaho; Tim Green, Officer, in his individual capacity and as an agent and employee of the Twin Falls City Police; Gene Zwaryck, in his individual capacity and as an agent and employee of Canyon View Psychiatric and Addiction Services of Mvrmc, a political subdivision of Twin Falls County, Idaho; Kevin G. Kraal, an agent and employee of Magic Valley Regional Medical Center; City of Twin Falls, State of Idaho, a municipal corporation, Defendants—Appellees.**

No. 04–35415.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 20, 2005.

Decided Nov. 3, 2005.

Greg J. Fuller, Esq., Fuller Law Offices, Twin Falls, ID, for Plaintiff-Appellant.

Steven K. Tolman, Esq., Twin Falls, ID, Blake G. Hall, Anderson Nelson Hall Smith, Idaho Falls, ID, for Defendant-Appellee.

Before: BRUNETTI and MCKEOWN, Circuit Judges, and KING,* Senior District Judge.

MEMORANDUM **

David Smith appeals from the district court's grant of summary judgment in fa-

---

* The Honorable Samuel P. King, Senior United States District Judge for the District of Hawaii, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

vor of defendants. Having conducted a de novo review, *Buono v. Norton,* 371 F.3d 543, 545 (9th Cir.2004), we affirm for the reasons given by the district court.

Additionally, we find no abuse of discretion in the district court's ruling regarding Smith's motion for an enlargement of time.

AFFIRMED.